UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON JOHN HOTTEL,<br><br>　　　　　　　Defendant. | Case No. 4:13-cr-00220-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

　　　　NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for Jason John Hottel is VACATED, and that a new trial be set for **November 18, 2013 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

　　　　IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B). Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted."

　　　　IT IS FURTHER ORDERED that the current trial readiness conference for Jason John Hottel be VACATED, and that a new trial readiness conference be conducted by telephone on **November 6, 2013 at 4:00 p.m.** The Government shall place the call to

**ORDER - 1**

(208) 334-9145 with opposing counsel on the line.

DATED:  October 7, 2013

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 2**