UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JASON JOHN HOTTEL, et *al.*,<br><br>　　　　　Defendants. | Case No. 4:13-cr-00220-BLW<br><br>**ORDER CONTINUING TRIAL AND TRIAL READINESS CONFERENCE** |

　　　The Court has before it Defendant Ryan Dalley's Motion to Continue Trial (Dkt. 61). Defendant states that counsel needs additional time to do investigation, review discovery, and prepare for trial. Defendant requests an additional 90 days.

　　　Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

**ORDER - 1**

Defense counsel suggests that a 90-day continuance until sometime after February 1, 2013 is necessary. Ninety days from the current trial date would be some time in late March or early April - that is too long of a continuance in this case. Accordingly, the Court will grant the request to move the trial date to a time after February 1, but not for 90 days. Under these circumstances, trial should be reset on March 10, 2014 at 1:30 p.m. at the United States Courthouse in Pocatello, Idaho. The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act.

The co-defendants have not moved for a continuance.  However, they have not opposed the motion.  Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted."  No motion for severance has been filed.  Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant moving for a continuance also applies to the co-defendants.  Thus, the co-defendants will have trial moved to March 10, 2014 as well. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 61) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **March 10, 2014 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6) and (7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **February 27, 2014 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **February 10, 2014**.

DATED:  **November 22, 2013**



B. LYNN WINMILL
Chief U.S. District Court Judge