UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:13-cr-00220-BLW |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JASON JOHN HOTTEL, *et. al.*, | |
| Defendants. | |

Two of the five defendants in this case have filed motions to suppress. Accordingly, the Court will set the motions for hearing, which creates a need to continue the trial date in this matter.

Thus, a continuance of the trial date is warranted under 18 U.S.C. § 3161(h)(1)(D), which authorizes a finding of excludable time for a "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6),

excludable time also exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been filed. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that the excludable time found for the defendant who filed the motions to suppress also applies to the remaining co-defendants. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED a hearing on the motions to suppress (Dkt.s 75 & 76) shall be held on **April 7, 2014 at 9:00 a.m.** at the U.S. Federal Courthouse in Pocatello, Idaho. The hearing shall be conducted by The Honorable Robert J. Bryan, Senior United States District Judge for the Western District of Washington, sitting by special designation. Questions regarding scheduling may be directed to Susie Headlee at (208) 334-9067.

IT IS FURTHER ORDERED that the present trial date be VACATED, and that a new trial be set for **May 19, 2014 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the filing of the motions to suppress and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1) and (6).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **May 8, 2014 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with

opposing counsel on the line.

DATED:  **February 18, 2014**

/s/ B. Lynn Winmill
B. LYNN WINMILL
Chief U.S. District Court Judge